FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Oct 18, 2024

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JACKSON MORGAN, an individual,<br><br>              Plaintiff,<br><br>   v.<br><br>GALLAGHER BENEFIT SERVICES, INC., and MORGAN DONNELLY, an individual,<br><br>              Defendants. | NO: 2:24-CV-0345-TOR<br><br>ORDER REMANDING TO THE SPOKANE COUNTY SUPERIOR COURT |

BEFORE THE COURT is the Parties Stipulated Motion to Remand to State Court. ECF No. 9. Having reviewed the file and being fully informed, the Court grants the motion.

**ACCORDINGLY, IT IS HEREBY ORDERED**:

1. The Parties' Stipulated Motion to Remand to State Court, ECF No. 9, is

    **GRANTED**, without an award of fees or costs to any Party.

ORDER REMANDING TO THE SPOKANE COUNTY SUPERIOR COURT ~ 1

2. This case is hereby **REMANDED** to the Spokane County Superior Court for all further proceedings.

3. The District Court Executive is directed to enter this Order, furnish copies to counsel, <u>mail a certified copy to the Clerk of the Spokane County Superior Court</u>, and **CLOSE** the file.

**DATED** October 18, 2024.



THOMAS O. RICE
United States District Judge

ORDER REMANDING TO THE SPOKANE COUNTY SUPERIOR COURT ~ 2